Wakin, Appellant, *v.* Commonwealth.

Sub-mitted November 8, 1965. *Edward Wakin,* appellant, in propria persona; *Edwin J. Martin,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Order affirmed.

December 7, 1965

Nehrebecki et al., Appellants, *v.* Mull.

Argued November 11, 1965. *Paul N. Barna,* with him *Barna and Barna,* for appellants; *Thomas L. Anderson,* for appellee.

Order affirmed.

FLOOD, J., absent.

December 8, 1965

Commonwealth ex rel. Boyd, Appellant, *v.* Botula.

Submitted November 8, 1965. *Preston Boyd,* appellant, in propria persona; *Robert F. Hawk,* Assistant District Attorney, and *John H. Brydon,* District Attorney, for appellee.

Order affirmed.